UNITED STATES COURTHOUSE
1010 FIFTH AVENUE
SEATTLE, WASHINGTON 98104

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USA v. Koplin

CR02-209R

Fin'l Afdt.
(filed under seal)

#56